## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80141-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

     Plaintiff,

v.

BEALLS'S INC., a Florida for-profit
corporation,

     Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 7), filed February 25, 2025. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) The above-styled action is **DISMISSED WITH PREJUDICE.**

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

     **SIGNED** in Chambers, at West Palm Beach, Florida, this 28 day of February 2025.

Donald M. Middlebrooks
United States District Judge

CC:    Counsel of Record